J. D. LOIZEAUX LUMBER COMPANY, PLAINTIFF-RESPOND-
ENT, v. HELEN DAVIS, *ET AL.*, DEFENDANTS-PETI-
TIONERS.

On petition for certification to Superior Court, Appellate
Division.

See same case below:  41 *N. J. Super.* 231.

*Mr. Morris Spritzer* for the petitioners.

*Messrs. Davidson & Davidson* and *Mr. Robert J. T. Mooney*
for the respondent.

October 4, 1956. ▬


RALPH W. FORD, PLAINTIFF-RESPONDENT, v. JAMES C.
REICHERT, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Edward V. Ryan* and *Mr. Cornelius W. Caruso* for
the petitioner.

*Messrs. Hein, Smith & Mooney* for the respondent.